137 A.3d 1034

**STATE of Maryland**

v.

**Lawrence JOHNSON.**

**No. 104, Sept. Term, 2015.**

Court of Appeals of Maryland.

June 3, 2016.

---

Cathleen C. Brockmeyer, Asst. Atty. Gen. (Brian E. Frosh, Atty. Gen. of Maryland, Baltimore, MD), on brief, for petitioner.

Brian M. Saccenti, Asst. Public Defender (Paul B. DeWolfe, Public Defender of Maryland, Baltimore, MD), on brief, for respondent.

Argued before BARBERA, C.J., GREENE, ADKINS, McDONALD, WATTS, HOTTEN, and LYNNE A. BATTAGLIA (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

Upon consideration of the papers and pleadings filed in this matter as of the date of oral argument before the Court on June 2, 2016, and the arguments made that day, it is this 3rd day of June, 2016,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals entered in this case be, and it is hereby, vacated and the case is remanded to that Court with directions to remand the case to the Circuit Court for Calvert County to conduct an evidentiary hearing on Respondent's Petition for Post Conviction Relief and to make a determination of whether Respondent expressly waived the right to post conviction relief. Costs in this Court and the Court of Special Appeals to be divided between the parties.